United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kinberly Ealy,                          §
                                        §
v.                                      §          Civil Action H-22-214
                                        §
Equifax Information Services            §

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable

settlement has been reached in this action, it is

ORDERED that this cause be, and is hereby, dismissed on the merits

without prejudice to the right of counsel of record to move for reinstatement

within ninety days (90) days upon presentation of adequate proof that final

approval of the settlement could not be obtained from the respective principals for

whom counsel act.  It is further

ORDERED that all motions currently pending are DENIED WITHOUT

PREJUDICE.  Any movant seeking to resubmit or reurge those motions must do

so within ten (10) days from the date of reinstatement.

SIGNED at Houston, Texas, on this 8th  day of April, 2022.

_David Hittner_
DAVID HITTNER
United States District Judge