United States District Court
Southern District of Texas
**ENTERED**
May 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY EALY,<br><br>Plaintiff,<br><br>-against-<br><br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Civil Case Number: 4:22-cv-00214 |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 17, 2022 Stipulation of Dismissal, all claims asserted against Defendant **EQUIFAX INFORMATION SERVICES, LLC** in Civil Action No. **4:22-cv-00214**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 18th **day of** May 2022.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE